ALFRED N. ARÉZZO v. BOARD OF TRUSTEES, PUBLIC
EMPLOYEES' RETIREMENT SYSTEM.

July 23, 1985.

Petition for certification denied.

CURTIS T. BEDWELL & SONS, INC. v. ATLANTIC COUNTY
IMPROVEMENT AUTHORITY.

July 23, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. WALTER BRAND, III.

July 23, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. LEON KING.

July 23, 1985.

Petition for certification denied.